The State, *ex rel.* Howard, *v.* Bear.

No. 16,383.

## THE CITY OF PLYMOUTH *v.* SCHULTHEIS.

*L. M. Lauer,* for appellant.
*C. Kellison,* for appellee.
From the Marshall Circuit Court.

HACKNEY, J.—The question for review in this case, is the validity of an ordinance of the city of Plymouth, requiring application to the board of health, report by said board to the common council, and action by such council granting or refusing permit to conduct a tannery within the city limits.

The ordinance does not define any of the conditions upon which tanneries may be conducted, or·upon which such permit shall issue, but leaves the propriety of granting such permit to the uncontrolled discretion and judment of said board and common council.

The question here presented is identical with that decided at this term, in *City of Plymouth* v. *Schultheis,* 135 Ind. 339, and upon the authority of that case and the cases of *Bessonies* v. *City of Indianapolis,* 71 Ind. 189, and *City of Richmond* v. *Dudley,* 129 Ind. 112, the judgment of the lower court herein is, in all things, affirmed.

Filed Nov. 4, 1893.

◆

No. 16,112.

## THE STATE, EX REL. BARTLETT, *v.* SCHOONOVER.

From the Warren Circuit Court.

*J. McCabe* and *E. F. McCabe,* for appellant.
*J. T. Hanley, E. Stansbury, I. E. Schoonover* and *A. Schoonover,* for appellee.

DAILEY, J.—The same questions presented in this case, have just been decided by this court in the case of *State, ex rel.,* v. *Schoonover,* 135 Ind. 526.

On the authority of that case, this cause is reversed, with instructiens to the circuit court to overrule the demurrer to the complaint.

McCABE, C. J., having been of counsel, took no part in this opinion.
Filed Nov. 1, 1893.

◆

No. 17,108.

## THE STATE, EX REL. HOWARD, *v.* BEAR.

*M. Z. Stannard* and *C. L. Jewett,* for appellant.
*C. E. Walker,* for appellee.
From the Jefferson Circuit Court.

DAILEY, J.—The legal questions presented in this case are fully considered and passed upon in the case of *State, ex rel.,* v. *Friedley,* 135 Ind. 119.

On the authority of that case, the judgment is affirmed.
Filed Sept. 27, 1893.